THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANK CAMERON, Defendant-Appellant.

(No. 56758;

First District (2nd Division)—July 31, 1973.

Opinion by Mr. JUSTICE DOWNING.

James J. Doherty, Public Defender, of Chicago, (Shelvin Singer, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Barry Rand Elden, and Nicholas P. Iavarone, Assistant State's Attorneys, of counsel,) for the People.